B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Massachusetts - Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stil Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-0778171** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**199 Boylston Street**<br>**Chestnut Hill, MA**<br>ZIP Code **02467** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**7 Schoolmaster Lane**<br>**Dedham, MA**<br>ZIP Code **02026** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** STEPHEN E. SHAMBAN 453300 ***
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Stil Inc.** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Stil Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ STEPHEN E. SHAMBAN**
Signature of Attorney for Debtor(s)

**STEPHEN E. SHAMBAN 453300**
Printed Name of Attorney for Debtor(s)

**STEPHEN E. SHAMBAN LAW OFFICES, P.C.**
Firm Name

**P.O. BOX 850973**
**222 FORBES RD., STE. 208**
**BRAINTREE, MA 02185-0973**

Address

**Email: sshamban@yahoo.com**
**(781) 849-1136  Fax: (781) 848-9055**
Telephone Number

**October 7, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Betty S. Riaz**
Signature of Authorized Individual

**Betty S. Riaz**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 7, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
### District of Massachusetts - Eastern Division

In re   **Stil Inc.**                                                           Case No.
                                    Debtor(s)                                    Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **3,500.00** |
   | Prior to the filing of this statement I have received | $ **3,500.00** |
   | Balance Due | $ **0.00** |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 7, 2010**                       **/s/ STEPHEN E. SHAMBAN**
                                                    **STEPHEN E. SHAMBAN 453300**
                                                    **STEPHEN E. SHAMBAN LAW OFFICES, P.C.**
                                                    **P.O. BOX 850973**
                                                    **222 FORBES RD., STE. 208**
                                                    **BRAINTREE, MA 02185-0973**
                                                    **(781) 849-1136  Fax: (781) 848-9055**
                                                    **sshamban@yahoo.com**

---

# United States Bankruptcy Court
**District of Massachusetts - Eastern Division**

In re  **Stil Inc.**                                                    Case No.
                                    Debtor(s)                           Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 7, 2010**              **/s/ Betty S. Riaz**
                                          **Betty S. Riaz**/**President**
                                          Signer/Title

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                         Best Case Bankruptcy

```
A PAIR
CVR-NR
83712619 NYGRADE
111 DK 7430


A PAIR
C/O CARTER & DOYLE
430 BEDFORD STREET, STE. 195
LEXINGTON, MA 02420


ALESSI USA
155 SPRING STREET
NEW YORK, NY 10012


ALICE BY TEMPERLEY
453 BROOME STREET
NEW YORK, NY 10013


ANTIK BATIK
8 RUE DU FOIN
PARIS, FRANCE 75 003


BANK OF AMERICA
507 PRUDENTIAL ROAD
HORSHAM, PA 19044


BANK OF AMERICA
P.O. BOX 17080
WILMINGTON, DE 19850


BAUM UND PFERDGARTEN
KRONPRINSENSGADE 9
1114 KOBENHAVN K
DENMARK


BAUM UND PFERDGARTEN
C/O FORTIS COMMERCIAL FINANCE AS
SLUSEHOLMEN 8A,3
KOBENHAVN SV DENMARK


BERGEN DIS. SHIPPERS
10115 KINCEY AVENUE
HUNTERSVILLE, NC 28078
```

```
BMW FINANCIAL
P.O. BOX 78066
PHOENIX, AZ 85062


BOSTON MAGAZINE
300 MASS. AVENUE
BOSTON, MA 02115


BOSTON MAGAZINE
C/O HIGHLAND COLLECTION
P.O. BOX 32
LEXINGTON, MA 02420


CAPITAL ONE
P.O. BOX 71083
CHARLOTTE, NC 28272


CAPITAL ONE SERVICE
P.O. BOX 30285
SALT LAKE CITY, UT 84130


DAYBIRGER MIKKELSEN
HOLLUFGARDS ALLE 8-10
5220 ODENSE SO
DENMARK


DAYBIRGER MIKKELSEN
C/O CARTER & DOYLE
430 BEDFORD STREET
LEXINGTON, MA 02420


DELL FINANCIAL
P.O. BOX 5292
CAROL STREAM, IL 60197


FARYLROBIN LLC
200 PARK AVENUE, STE. 1610
NEW YORK, NY 10003


FARYLROBIN LLC
C/O GINI COLLECTION
1412 AVENUE M #2421
BROOKLYN, NY 11230
```

```
FED EX
3965 AIRWAYS BOULEVARD
MODULE G
MEMPHIS, TN 38116


FED EX
C/O NORTH SHORE AGENCY
P.O. BOX 371461
PITTSBURGH, PA 15250


HEARTMADE
PILESTRAEDE 45, 1ST FLOOR
DK - 1112  COPENHAGEN K
DENMARK
30000XXXX


HEARTMADE
C/O SAND LAW
P.O. 183
DK 1005 COPENHAGEN, DENMARK


L'AMY, INC.
P.O. BOX 40,000
HARTFORD, CT 06151


L'AMY, INC.
C/O COMMERCIAL COLLECTION
P.O. BOX 337
MONTROSE, MN 55363


LOEFFLER RANDALL INC.
525 BROADWAY
STE. 200
NEW YORK, NY 10012


LOEFFLER RANDALL INC.
C/O TERRACE INTERNATIONAL
P.O. BOX 1186
FORT LEE, NJ 07024


LOEFFLER RANDALL INC.
C/O PAUL KAUFMAN P.C.
482 BROADWAY
SOMERVILLE, MA 02145
```

```
LOLA ADVERTISER
P.O. BOX 55819
BOSTON, MA 02205


MALABABAS
CALLE LAGASCA 33
28001 MADRID ESPANA


MODERN VINTAGE
C/O RECEIVABLES CONTROL CORP.
7373 KIRKWOOD COURT
MINNEAPOLIS, MN 55440


MODERN VINTAGE
4120 ST. CATHERINE ST. W
6TH FLOOR
MONTREAL, QC H3Z1P4


MULBERRY USA
C/O PRESIDIO
111 8TH AVENUE
NEW YORK, NY 10011


MULBERRY USA
125 ENTERPRISE AVENUE
SECAUCUS, NJ 07094


MUNTHE PLUS SIMONSEN
GRONNEGADE 10, 2ND FLOOR
1107 COPENHAGEN DENMARK


NOIR
RYSTENSTEENSGADE 1 ST. TV.
DK 152 COPENHAGEN V


NOIR
STOREGADE 18 POSTBOX 269
6200 AABENRAA DENMARK


NOIR / EULER HERMES
7-11 S. BROADWAY
WHITE PLAINS, NY 10601
```

```
NSTAR
P.O. BOX 55126
BOSTON, MA 02205


NSTAR
2 WELLS AVENUE
NEWTON CENTER, MA 02459


PAUL SMITH
RIVERSIDE WAY
NOTTINGHAM NG2 1DP ENGLAND


PAUL SMITH
C/O TRANSWORLD SYSTEMS
507 PRUDENTIAL ROAD
HORSHAM, PA 19044


PEDRO GARCIA
CAMPO, ALTA
ITALIA 46 ELDA, ESPANA


PILGRIM AS
C/O PROFINA INTERNATIONAL
P.O. BOX 10020 SE-121
26 STOCKHOLM GLOBEN SWEDEN


PILGRIM AS
C/O PAYEX
LYNGBYVEJ 28 2100 KOBENHAVEN O


PILGRIM AS
C/O BLUESTONE LAW, LTD
4405 EAST WEST HIGHWAY
BETHESDA, MD 20814


POLAND SPRING
215 6661 DIXIE HIGHWAY
LOUISVILLE, KY 40258


PORTS 1961
601 WEST 26TH STREET
NEW YORK, NY 10001
```

```
R&Y AUGOUSTI
103 RUE DU BAC
75007 PARIS FRANCE


SIMON PROPERTY GROUP
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204


SIMON PROPERTY GROUP
C/O MORRISON MAHONEY
250 SUMMER STREET
BOSTON, MA 02201


SIMON PROPERTY GROUP
THE MALL AT CHESTNUT HILL
199 BOYLSTON STREET
CHESTNUT HILL, MA 02467


SINGHOFF GMBH
11 BEACON STREET, STE. 632
BOSTON, MA 02108


SINGHOFF GMBH
C/O CHARLES SOMMO, III, ESQ.
SCHLESIGNER, SCHLESIGNER & SOMMO. LLC
11 BEACON STREET, STE. 632
BOSTON, MA 02108


SINGHOFF GMBH
C/O SCHUMACHER GMBH
INDUSTRIESTRABE 47/HAFEN 41
68169 MANNHEIM GERMANY


STAPLES
P.O. BOX 689020
DES MOINES, IA 50368


VERIZON
P.O. BOX 1100
ALBANY, NY 12250


VW CREDIT LTD.
1401 FRANKLIN BLVD.
LIBERTYVILLE, IL 60048
```

```
WON HUNDRED
RYESGADE 19 E
1 DK 2200 COPENHAGEN
```

# United States Bankruptcy Court
### District of Massachusetts - Eastern Division

In re   **Stil Inc.**                                                                                                 Case No.
Debtor(s)                                                                                 Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Stil Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October  7, 2010** | **/s/ STEPHEN E. SHAMBAN** |
| Date | **STEPHEN E. SHAMBAN 453300** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Stil Inc.** |
| | **STEPHEN E. SHAMBAN LAW OFFICES, P.C.** |
| | **P.O. BOX 850973** |
| | **222 FORBES RD., STE. 208** |
| | **BRAINTREE, MA 02185-0973** |
| | **(781) 849-1136 Fax:(781) 848-9055** |
| | **sshamban@yahoo.com** |